**DENIED; and Opinion Filed December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01534-CV

### IN RE STEVEN PRYOR, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11307-L**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Stoddart
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to enforce its September 16, 2014 Order Granting in Part Plaintiff's Motion to Enforce the Court's January 16, 2013 Order Compelling the Parties to Proceed with Share Valuation and Buyout of Steve Pryor's Shares. The facts and issues are well-known to the parties, so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus.

/Craig Stoddart/

CRAIG STODDART

141534F.P05      JUSTICE